UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BELLSOUTH TELECOMMUNICATIONS, INC., ET AL | CIVIL ACTION |
| VERSUS | NO: 08-5024 |
| UNITED STATES OF AMERICA | SECTION: "K"(2) |

### ORDER REALLOTING CASE

Under Canon 3 of the Code of Conduct of the United States Judges, disqualification is required when a judge knows that he has a financial interest (1) in the subject matter in controversy or (2) in a party to the proceeding. Canon3C(1)(c). A judge's financial interest includes ownership of a legal or equitable interest, however small. Canon 3C(3)(c).

The undersigned has a financial interest in **AT&T** as a result, the undersigned hereby disqualifies himself from handling this matter. Accordingly,

**IT IS ORDERED** that the Clerk of Court **REALLOT** this matter to another Section of Court other than Section "K".

New Orleans, Louisiana, this ___7th___ day of May, 2010.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

MAY - 7 2010

**REALLOTTED TO**

**SECT. J**

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.