# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BELLSOUTH TELECOMMUNICATIONS, INC., et al., | ) ) ) CIVIL ACTION NO. 08-5024 ) |
| Plaintiffs, | ) ) SECTION J |
| Versus | ) ) JUDGE BARBIER |
| UNITED STATES OF AMERICA, | ) ) MAGISTRATE JUDGE JOSEPH C. |
| Defendant. | ) WILKINSON, JR. |

## CONSENT ORDER EXTENDING STAY

UPON CONSIDERATION of the January 17, 2008 Order Granting the United States' Motion for a Stay of All Cases Apart from Barge, *Robinson*, and the Levee and MRGO Master Class Action Cases, entered in this docket on March 11, 2009 [Document 23-4]; and

UPON CONSIDERATION of the fact that, on May 7, 2010, this case was deconsolidated from *In re Katrina Canal Breaches Consolidated Litigation* (E.D. La. Civ. Action No. 05-4182) and reassigned to this Section based upon the *sua sponte* disqualification of Judge Duval, based upon his financial interest in AT&T Inc., the parent company of the Plaintiffs in this matter [Documents 24 and 25]; and

IT APPEARING that the Plaintiffs and the United States agree that the aforementioned stay should remain in effect until completion of appellate proceedings before the Fifth Circuit in *In re: Katrina Canal Breaches* (5th Cir. No. 10-30249), including Supreme Court review of that court's decision, if any; it is hereby

ORDERED that the above-captioned matter be removed from the Court's Call Docket for August 18, 2010; and it is further

ORDERED that the aforementioned stay will remain in effect until the completion of appellate proceedings in *In re: Katrina Canal Breaches*, including any Supreme Court review of the Fifth Circuit's decision; and it is further

ORDERED that the Clerk of Court mark this case as closed for statistical purposes.

New Orleans, Louisiana, this __3rd__ day of __August__, 2010.

_____
Honorable Carl Barbier
United States District Judge